IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 18-cv-01558-RPM

CYNTHIA NELSON,

    Plaintiff,
v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
UNIVERSITY OF COLORADO HOSPITAL AUTHORITY, and
UNIVERSITY OF COLORADO HOSPITAL AUTHORITY LONG TERM DISABILITY PLAN,

    Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal [Doc. 16], it is

ORDERED that Defendants University of Colorado Hospital Authority and University of Colorado Hospital Authority Long Term Disability Plan are dismissed with prejudice, with each of the aforementioned parties responsible for paying their own fees and costs.

DATED:   July 17, 2018

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge